■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALMA CRAWFORD, Appellant. [955 NYS2d 516]

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Sweeny, DeGrasse, Manzanet-Daniels and Clark, JJ.